IPP International U.G. Declaration Exhibit A
File Hashes for IP Address 100.12.29.148

**ISP:** Verizon Internet Services
**Physical Location:** New Hyde Park, NY

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 09/01/2016 00:33:37 | FCF07B18C2484D6A0276998E5464695CE08C014B | Girl Crush |
| 07/02/2016 16:57:32 | DA4AF7745E5934E29BD157302D00A2A2AF83D1B1 | Sultry Summer Heat |
| 06/11/2016 13:34:48 | F14923FAA445EBCA37890CFCFE5CFBA1C879849C | Blondes Have More Fun |
| 05/21/2016 01:03:05 | 91159D011C00DF4690D90B32DF33A48A26958CBF | Fine Fingerfucking |
| 03/19/2016 01:10:30 | 4B0DFD5C8F9D9577BD588636092D194EF6A1382E | These Girls Are On Fire |
| 03/13/2016 01:39:22 | 3CBC4BCF54B42A3235911A2E80588DD5CCACFA47 | Suds And Sex |
| 02/19/2016 03:08:28 | E686A39A3715DCB454347307A4E942D7E84562A9 | Getting Our Pussies Wet For You |
| 01/22/2016 02:48:33 | B77DF7A34044E15FC18489F101CBEB0607431349 | Sexy Summer Camp |
| 01/22/2016 02:45:58 | 1C5EAC42D02AB894792CD7DBF7AADDDCC189A83E | Horsing Around |
| 09/05/2015 00:26:20 | 0155EC5BB5BBF08DC7ACB1BCB61ED8CE7C4C5342 | Supermodel Sex |
| 08/16/2015 02:36:59 | 34EE2C094ECBB4409656CF376CF45D83459DCDA4 | California Surf Fever |
| 08/15/2015 22:18:33 | D01D54EE3CCA3D37071B7A238B54166CDB1DCDE6 | A Deep Awakening |
| 08/05/2015 00:40:13 | 126AD156C7726978939FE1A405FAE1CB5FB93A93 | Dangerous When Wet |
| 07/19/2015 13:33:47 | E0F1205179D643B68976CAD925F73B5DED74C471 | Triple Play |
| 06/14/2015 13:32:43 | 2A410930E9F4AA6A9BFD689DF8A37171BAE2733F | Girls Just Want To Have Fun |
| 05/24/2015 13:46:51 | 8540242326B15F461F0387308CDD824D2CF38F34 | A Sultry Summer Invitation |
| 05/15/2015 01:43:37 | 2756740A7F3BBB5C7CDF75B9D1F1ED72E8946F34 | In for the Night |
| 05/14/2015 02:30:04 | 2A4D7C0AB461F59DD1C2844E46EC241A16C3560A | Sapphically Sexy |
| 05/10/2015 03:01:59 | 6A18A2F71818F5AD07A404D4137C5DA8B06CA0E2 | Come Together Part #2 |

**Total Statutory Claims Against Defendant: 19**

EXHIBIT A

ENY96